2

| | |
|---|---|
| 1 | FEAR WADDELL, P.C.<br>Peter L. Fear, No. 207238 |
| 2 | pfear@fearlaw.com<br>Gabriel J. Waddell, No. 256289 |
| 3 | gwaddell@fearlaw.com<br>7650 North Palm Avenue, Suite 101 |
| 4 | Fresno, California 93711<br>(559) 436-6575 |
| 5 | (559) 436-6580 (fax) |
| 6 | Attorney for Debtor NEUFELDT |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | | |
|---|---|---|
| In re: | | Case No. 19-14555-A-13 |
| JOSHUA ALLEN NEUFELDT and<br>MANDY ANNE NEUFELDT, | | Chapter 13 |
| | | D.C. No. FW-1 |
| Debtor(s). | | Date: December 18, 2019<br>Time: 3:00 p.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>United States Courthouse<br>2500 Tulare St., Fresno, California<br>Judge: Honorable Fredrick E. Clement |

**PROOF OF SERVICE BY MAIL**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the following documents was made on ___November 19, 2019___ in the manner described below:

**Documents Served**

MOTION TO VALUE COLLATERAL OF SCHOOLS FINANCIAL CREDIT UNION

NOTICE OF MOTION TO VALUE COLLATERAL OF SCHOOLS FINANCIAL CREDIT UNION

DECLARATION OF MANDY NEUFELDT IN SUPPORT OF MOTION TO VALUE COLLATERAL OF SCHOOLS FINANCIAL CREDIT UNION

**Manner of Service**

   X    MAIL SERVICE: By enclosing the documents in a sealed envelope, with postage fully pre-paid affixed thereto, and depositing the envelope with the United States Post Office for service by regular, first class United States mail addressed to:

| | |
|---|---|
| Office of the United States Trustee | Michael H. Meyer |
| United States Courthouse | Chapter 13 Trustee |
| 2500 Tulare Street, Suite 1401 | PO Box 28950 |
| Fresno, California 93721-1326 | Fresno, CA 93729-8950 |
| | |
| Joshua Neufeldt | Timothy Marriott |
| Mandy Neufeldt | Registered agent for Schools Financial Credit Union |
| 9569 South Peach Avenue | 1485 Response Road, Suite 126 |
| Fresno, California 93725 | Sacramento, California 95815 |

_____ FACSIMILE: By faxing the document(s) to the following person(s) at the following fax number(s):

_____ E-MAIL: By e-mailing the document(s) to the following person(s) at the following e-mail address(es):

_____ PERSONAL SERVICE: By leaving the document(s) with the following person(s) or with an officer or agent of the following person, as described below:

_____ CERTIFIED MAIL: By enclosing the documents in a sealed envelope, with postage fully pre-paid affixed thereto, and depositing the envelope with the United States Post Office for service by certified United States mail, return receipt requested, addressed to:

_____ OVERNIGHT SERVICE: By enclosing the documents in a sealed envelope and depositing the envelope, fully pre-paid, with a carrier for delivery on the next business day, addressed to:

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Proof of Service was executed on   November 19, 2019   at Fresno, California.

                                                                           /s/ Kayla J. Schlaak
                                                                          KAYLA J. SCHLAAK

 

# 🔍 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, October 30, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C2159050    SCHOOLS FINANCIAL CREDIT UNION

| | |
|---|---|
| **Registration Date:** | 03/30/1999 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC NONPROFIT |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | TIMOTHY MARRIOTT |
| | SCHOOLS FINANCIAL CREDIT UNION, 1485 RESPONSE RD, STE 126 |
| | SACRAMENTO CA 95815 |
| **Entity Address:** | 1485 RESPONSE RD, STE 126 |
| | SACRAMENTO CA 95815 |
| **Entity Mailing Address:** | 1485 RESPONSE RD, STE 126 |
| | SACRAMENTO CA 95815 |

A Statement of Information is due EVERY year beginning five months before and through the end of March.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 12/26/2018 | |
| SI-COMPLETE | 03/23/2017 | |
| AMENDMENT | 10/23/2003 | |
| REGISTRATION | 03/30/1999 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |