3

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorney for Debtor NEUFELDT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>JOSHUA ALLEN NEUFELDT and<br>MANDY ANNE NEUFELDT,<br><br>　　　　　　Debtor(s). | Case No. 19-14555-A-13<br><br>Chapter 13<br><br>D.C. No. FW-2<br><br>Date:　August 12, 2020<br>Time:　3:00 PM<br>Place:　Dept. A, Courtroom 11, 5th Floor<br>　　　　United States Courthouse<br>　　　　2500 Tulare St., Fresno, California<br>Judge:　Honorable Fredrick E. Clement |

### MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN

The Debtor hereby moves for entry of an order confirming Debtor's First Modified Chapter 13 Plan ("Modified Plan"). This Motion is based on the Modified Plan and the Declaration of JOSHUA ALLEN NEUFELDT filed herewith, and on the contents of Debtor's Schedules and Statement of Affairs and the following points and authorities:

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on October 31, 2019.

2. The Debtor has proposed the Modified Plan which was filed concurrently herewith. A copy of the Modified Plan is being served with the Notice of this Motion.

Motion to Confirm Modified Chapter 13 Plan (etc.) - 1

3. Since the filing of the bankruptcy, both debtors have been put on disability, which reduced their income. As a result, the First Modified Plan proposes to extend the term of the plan from 36 months to 60 months, reamortizing the payment on secured debt, reducing the payment, and maintaining the 0% dividend to unsecured creditors.

4. 11 U.S.C. § 1329(a) provides that at "any time after confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon request of the debtor, the trustee, or the holder of an allowed unsecured claim, to—(1) increase or reduce the amount of payments on claims of a particular class provided for by the plan; (2) extend or reduce the time for such payments; or (3) alter the amount of the distribution to a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim other than under the plan.

5. As discussed herein, Debtor believes that the Modified Plan fulfills the requirements of Section 1322 and 1329.

6. Specifically, as required by Section 1329(b) and (d), the Modified Plan meets the requirements of 11 U.S.C. § 1322(a), (b), and (c) and § 1325(a), as follows:

 a. The Modified Plan provides for the submission of such portion of Debtor's future earnings to the supervision and control of the trustee as is necessary for the execution of the plan.

 b. The Modified Plan provides for all payment of priority debt.

 c. The Modified Plan provides for the same treatment of each claim in each class.

 d. The Modified Plan complies with the requirements of the Bankruptcy Code.

Motion to Confirm Modified Chapter 13 Plan (etc.) - 2

e. Debtor owed no fees under Chapter 123 of Title 28 of the United States Code, and the Modified Plan requires no fees to be paid prior to confirmation.

f. The Modified Plan was proposed in good faith and not by any means forbidden by law.

g. The value, as of the effective date of the Modified Plan, of the property to distributed under the Modified Plan to each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under Chapter 7 of this title as of the effective date of the Modified Plan.

h. The Modified Plan complies with the requirements for treatment of Debtor's secured creditors.

i. Debtor will be able to make all payments required under the Plan, and to comply with the plan.

j. Debtor's bankruptcy petition was filed in good faith.

k. Debtor has no current domestic support obligations.

l. Debtor has filed all required tax returns.

WHEREFORE, Debtor requests that Debtor's First Modified Chapter 13 Plan be confirmed.

Date: 6/24/2020　　　　　　　　　　FEAR WADDELL, P.C.

　　　　　　　　　　　　　　　　　By:　/s/ Gabriel J. Waddell
　　　　　　　　　　　　　　　　　　　　Gabriel J. Waddell

Motion to Confirm Modified Chapter 13 Plan (etc.) - 3