FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>JOSHUA ALLEN NEUFELDT and<br>MANDY ANNE NEUFELDT,<br><br><br><br>                     Debtor(s). | Case No.: 19-14555-A-13<br><br>DCN: FW-3<br><br>Chapter 13<br><br>EXHIBITS FOR INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331<br><br>**DATE:  August 12, 2020**<br>**TIME:   3:00 p.m.**<br>**PLACE: U.S. Courthouse, 5th Floor**<br>**         2500 Tulare Street**<br>**         Fresno, California 93721**<br>**JUDGE: Honorable Jennifer E. Niemann** |

| SUMMARY OF EXHIBITS | | Page No. |
|---|---|---|
| Exhibit A | Narrative Summary | 2 |
| Exhibit B | Itemized Time Entry by Date and Itemized Costs | 6 |
| Exhibit C | Itemized Time Entries by Project | 11 |
| Exhibit D | Fee Agreement | 16 |
| Exhibit E | Debtor(s) Consent | 22 |

# EXHIBIT

# A

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>JOSHUA ALLEN NEUFELDT and<br>MANDY ANNE NEUFELDT,<br><br><br><br>Debtor(s). | Case No.: 19-14555-A-13<br><br>DCN: FW-3<br><br>Chapter 13<br><br>EXHIBIT A: NARRATIVE FOR INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331<br><br>DATE:   August 12, 2020<br>TIME:    3:00 p.m.<br>PLACE: U.S. Courthouse, 5th Floor<br>           2500 Tulare Street<br>           Fresno, California 93721<br>JUDGE: Honorable Jennifer E. Niemann |

### B501 - Pre-petition Consultation and Fact Gathering

      Applicant consulted with the debtors prior to the filing of the bankruptcy and prepared the legal services agreement.

      **Total Hours:   0.70  / Total Fees:   $206.50**

### B502 - Preparation of Voluntary Petition, Schedules and Form 22C

      Applicant prepared all necessary documents for the filing of this bankruptcy matter, and conferred with the debtor to prepare and finalize those documents.

      **Total Hours:   6.80  / Total Fees:   $907.00**

**B503–Independent Verification of Information**

Applicant exercised due diligence in preparing and verifying the facts necessary to prepare the bankruptcy petition and other documents for the filing of the bankruptcy.

**Total Hours:**   3.50   **/ Total Fees:**   $418.00

**B510–341 Preparation and Attendance**

Applicant prepared for and appeared with the debtors at the 341 meeting of the creditors.

**Total Hours:**   2.20   **/ Total Fees:**   $682.00

**B520 - Claim Administration and Claim Objections**

Applicant reviewed and analyzed the Notice of Filed Claims and corresponded with the debtors regarding the same.  Applicant also prepared a proof of claim for a student loan creditor and worked with the debtors to file the same.

**Total Hours:**   1.50   **/ Total Fees:**   $390.00

**B530 - Original Plan, Hearings, Objections**

The original plan was filed with the Chapter 13 voluntary petition and schedules. After filing, Applicant worked with the debtors to prepare multiple declarations to provide the trustee with information requested by the trustee for plan confirmation.  Applicant subsequently worked with the Chapter 13 trustee's office to prepare the order confirming plan, which was entered on February 18, 2020. After entry, Applicant discovered errors in the order confirming plan, and worked with the trustee's office to correct the order confirming plan.  The corrections were approved by order dated February 23, 2020.

**Total Hours:**   2.40   **/ Total Fees:**   $734.00

**B531–1st Amended or Modified Plan, Motions, Objections**

Both debtors were forced to go on disability, reducing their income.  Applicant worked with the debtors to prepare the First Modified Plan, which proposes to extend the term of the plan and reduce the payments.  The hearing for the First Modified Plan is set for hearing on August 12, 2020.

**Total Hours:**   3.20   **/ Total Fees:**   $1,024.00

**B560 – Motions**

Applicant prepared a motion to value the debtors' vehicle for payment through the plan.  This motion was granted by order of the court dated December 24, 2019.

**Total Hours:**   1.80   **/ Total Fees:**   $236.00

**B570 – Fee Application**

Applicant prepared this instant application for fees and expenses.

**Total Hours:   1.80   / Total Fees:   $356.00   **


**B590 – Case Administration**

During the time covered by this fee application, Applicant worked to prepare the documents requested by the Chapter 13 trustee, corresponded with creditor's attorneys and the debtors regarding case issues, and filed the certificates of completion of the post-filing debtor's education course.

**Total Hours:   3.50   / Total Fees:   $428.00   **

# EXHIBIT

# B



| Peter L. Fear | pfear@fearlaw.com |
| Gabriel J. Waddell | gwaddell@fearlaw.com |
| Peter A. Sauer | psauer@fearlaw.com |
| Katie Waddell | kwaddell@fearlaw.com |

Neufeldt/Joshua & Mandy
9569 South Peach Avenue
Fresno, CA 93725

Invoice Period: 06-07-2018 - 06-30-2020

**RE: In re Joshua & Mandy Neufeldt, Case No. 19-14555-A-13**

## Time Entries

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 06-07-2018 | GJW | Consultation with potential client regarding bankruptcy. | 0.60 | 295.00 | 177.00 |
| 06-07-2018 | GJW | Prepare legal services agreement. | 0.10 | 295.00 | 29.50 |
| 07-09-2018 | KJS | Telephone call with client regarding status of bankruptcy filing. (left voice message). | 0.10 | 70.00 | 7.00 |
| 08-13-2018 | KJS | Telephone call with client regarding case status. | 0.10 | 70.00 | 7.00 |
| 09-20-2018 | KJS | Attempt call with client regarding documents required for filing. | 0.10 | 70.00 | 7.00 |
| 10-29-2018 | KJS | Telephone call with client regarding case filing. | 0.10 | 70.00 | 7.00 |
| 12-11-2018 | KJS | Left voice message with client regarding bankruptcy filing status. | 0.10 | 70.00 | 7.00 |
| 01-15-2019 | KJS | Attempt call with client regarding documents required for filing. | 0.10 | 80.00 | 8.00 |
| 03-11-2019 | KJS | Telephone call with client regarding documents required for filing. | 0.10 | 80.00 | 8.00 |
| 06-13-2019 | KJS | Telephone call with client regarding case filing. | 0.10 | 80.00 | 8.00 |
| 07-16-2019 | KJS | Attempt call with client regarding documents required for filing. | 0.10 | 80.00 | 8.00 |
| 09-10-2019 | KJS | Send letter to client regarding status of bankruptcy filing. | 0.10 | 80.00 | 8.00 |
| 09-26-2019 | KJS | Meet with clients regarding documents required for filing. | 0.60 | 80.00 | 48.00 |
| 09-26-2019 | GJW | Conference with client concerning filing questions. | 0.20 | 310.00 | 62.00 |
| 09-27-2019 | KJS | Draft and analyze chart of client's income. | 0.60 | 80.00 | 48.00 |
| 09-27-2019 | KJS | Prepare schedules A/B by examining original documents. | 0.50 | 80.00 | 40.00 |
| 09-27-2019 | KJS | Prepare schedules E/F by examining original documents. | 0.70 | 80.00 | 56.00 |
| 09-27-2019 | KJS | Prepare bankruptcy schedules and statement of financial affairs for case filing. | 0.80 | 80.00 | 64.00 |
| 09-27-2019 | KJS | Exercise due diligence by examining original documents. | 0.10 | 80.00 | 8.00 |
| 09-30-2019 | KJS | Prepare bankruptcy documents for filing. | 0.20 | 80.00 | 16.00 |

Page    1    of    4

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-30-2019 | KJS | Draft letter to opposing attorney's regarding client's bankruptcy filing. | 0.30 | 80.00 | 24.00 |
| 09-30-2019 | KJS | Exercise due diligence by examining original documents. | 0.20 | 80.00 | 16.00 |
| 09-30-2019 | KJS | Attempt call with client regarding documents required for filing. | 0.10 | 80.00 | 8.00 |
| 10-02-2019 | KJS | Telephone call with client regarding case issues. | 0.10 | 80.00 | 8.00 |
| 10-04-2019 | KJS | Telephone call and email (x2) with client regarding case issues. | 0.20 | 80.00 | 16.00 |
| 10-04-2019 | KJS | Prepare bankruptcy documents for filing. | 0.30 | 80.00 | 24.00 |
| 10-04-2019 | KJS | Draft and analyze chart of client's income. | 0.30 | 80.00 | 24.00 |
| 10-17-2019 | KJS | Exercise due diligence by examining original documents. | 0.50 | 80.00 | 40.00 |
| 10-17-2019 | KJS | Prepare bankruptcy documents for filing. | 0.10 | 80.00 | 8.00 |
| 10-17-2019 | KJS | Attempt call (x2) and email with client regarding documents required for filing. | 0.20 | 80.00 | 16.00 |
| 10-21-2019 | KJS | Telephone call and email with client regarding documents required for filing (left voice message too). | 0.20 | 80.00 | 16.00 |
| 10-29-2019 | KJS | Email with client regarding documents required for filing. | 0.10 | 80.00 | 8.00 |
| 10-30-2019 | KJS | Prepare bankruptcy Schedules for case filing. | 0.20 | 80.00 | 16.00 |
| 10-31-2019 | KJS | Prepare bankruptcy documents for filing. | 0.10 | 80.00 | 8.00 |
| 10-31-2019 | KJS | Meet with client regarding documents required for filing. | 0.30 | 80.00 | 24.00 |
| 10-31-2019 | KJS | File bankruptcy petition, schedules, and plan with the court. | 0.40 | 80.00 | 32.00 |
| 10-31-2019 | KJS | Prepare 521 documents for the trustee's review. | 0.10 | 80.00 | 8.00 |
| 10-31-2019 | KJS | Draft, then send letter and fax to opposing counsel regarding client's bankruptcy filing. | 0.20 | 80.00 | 16.00 |
| 10-31-2019 | KJS | Draft motion to value 2014 Jeep with the court; conduct 7004 service for service. | 0.90 | 80.00 | 72.00 |
| 10-31-2019 | GJW | Prepare for signing by examining original documents. | 0.60 | 310.00 | 186.00 |
| 10-31-2019 | GJW | Conference with client concerning voluntary petition and other documents for filing. | 1.40 | 310.00 | 434.00 |
| 10-31-2019 | GJW | Letter to attorney Kennard regarding filing. | 0.10 | 310.00 | 31.00 |
| 10-31-2019 | GJW | Letter to attorney Berk regarding filing. | 0.10 | 310.00 | 31.00 |
| 11-05-2019 | KJS | Prepare 521 documents for the trustee's review. | 0.10 | 80.00 | 8.00 |
| 11-06-2019 | KJS | Prepare 521 documents for the trustee's review. | 0.60 | 80.00 | 48.00 |
| 11-13-2019 | KJS | Prepare 521 documents for the trustee's review. | 0.60 | 80.00 | 48.00 |
| 11-15-2019 | KJS | Attempt call and email with client regarding 521 documentation. | 0.40 | 80.00 | 32.00 |
| 11-15-2019 | GJW | Review documents and analyze issues regarding documents and declarations for the trustee. | 0.30 | 310.00 | 93.00 |
| 11-18-2019 | GJW | Review documents, analyze issues, and prepare motion to value vehicle. | 0.40 | 310.00 | 124.00 |
| 11-19-2019 | KJS | Finalize and telephone call with client regarding motion to value vehicle. | 0.50 | 80.00 | 40.00 |
| 11-21-2019 | KJS | Upload 521 documents to the trustee; email trustee's staff regarding same. | 0.30 | 80.00 | 24.00 |
| 11-21-2019 | GJW | Letter to client regarding debt collection evidence recording. | 0.10 | 310.00 | 31.00 |
| 11-21-2019 | GJW | Conference with client concerning documents and declarations for trustee. | 1.00 | 310.00 | 310.00 |
| 11-21-2019 | GJW | Analyze issues and instruct staff regarding documents and declarations for the trustee. | 0.20 | 310.00 | 62.00 |
| 12-03-2019 | KJS | File debtor educational certificate with the court. | 0.10 | 80.00 | 8.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12-09-2019 | GJW | Prepare for meeting of creditors. | 0.40 | 310.00 | 124.00 |
| 12-10-2019 | GJW | Travel to/from court for meeting of creditors. | 0.80 | 310.00 | 248.00 |
| 12-10-2019 | GJW | Attend 341 meeting with client. | 1.00 | 310.00 | 310.00 |
| 02-03-2020 | GJW | Telephone call with client regarding plan issues; review documents and analyze issues regarding same. | 0.20 | 320.00 | 64.00 |
| 02-03-2020 | GJW | Review e-mail and documents regarding order confirming plan; prepare same; e-mail trustee's office regarding same. | 0.30 | 320.00 | 96.00 |
| 02-19-2020 | KJS | Review order confirming plan and analyze issues regarding plan requirements. | 0.10 | 100.00 | 10.00 |
| 02-19-2020 | GJW | Analyze issues regarding order confirming plan. | 0.20 | 320.00 | 64.00 |
| 02-19-2020 | GJW | E-mail trustee's office regarding order confirming plan (x2); review e-mail regarding same (x2). | 0.20 | 320.00 | 64.00 |
| 02-19-2020 | GJW | Review e-mail and documents and analyze issues regarding application to modify order confirming plan; prepare same; e-mail trustee's office regarding same. | 0.20 | 320.00 | 64.00 |
| 03-16-2020 | KJS | File change of address for creditor with the court; analyze and resolve errors on the e-filing website regarding same. | 0.50 | 100.00 | 50.00 |
| 06-15-2020 | KTW | Review notice of filed claims and analyze issues regarding claims and planfunding. | 0.50 | 220.00 | 110.00 |
| 06-15-2020 | GJW | Letter to client regarding Notice of Filed Claims. | 0.10 | 320.00 | 32.00 |
| 06-18-2020 | GJW | Telephone call with client regarding Notice of Filed Claims, plan modification issues. | 0.20 | 320.00 | 64.00 |
| 06-18-2020 | GJW | Prepare Zoom conference for plan modification; e-mail client regarding same. | 0.20 | 320.00 | 64.00 |
| 06-19-2020 | GJW | Review e-mail and documents regarding plan options; analyze issues regarding same; e-mail client regarding same. | 0.30 | 320.00 | 96.00 |
| 06-23-2020 | GJW | Prepare calculations for plan modification; prepare documents for same. | 1.00 | 320.00 | 320.00 |
| 06-23-2020 | GJW | Videoconference with clients regarding plan modification. | 0.70 | 320.00 | 224.00 |
| 06-23-2020 | GJW | E-mail client regarding documents for plan modification. | 0.20 | 320.00 | 64.00 |
| 06-23-2020 | KTW | Prepare proof of claim for Department of Education. | 0.40 | 220.00 | 88.00 |
| 06-24-2020 | GJW | Review e-mail and documents and e-mail client regarding modified plan. | 0.20 | 320.00 | 64.00 |
| 06-24-2020 | GJW | Prepare documents for plan confirmation. | 0.60 | 320.00 | 192.00 |
| 06-26-2020 | GJW | E-mail clients regarding proof of claim for student loan. | 0.10 | 320.00 | 32.00 |
| 06-26-2020 | GJW | Prepare fee application; draft narrative regarding same; review documents and analyze issues regarding same. | 0.80 | 320.00 | 256.00 |
| 06-26-2020 | KJS | Draft initial fee application and supporting documents. | 1.00 | 100.00 | 100.00 |
| 06-29-2020 | GJW | Review e-mail and documents regarding proof of claim for student loan creditor; e-mail client regarding same. | 0.20 | 320.00 | 64.00 |
| | | | **Total Fees** | | 5,381.50 |

## Blended Rate Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Gabriel J. Waddell | 13.00 | 313.58 | 4,076.50 |
| Katie Waddell | 0.90 | 220.00 | 198.00 |
| Kayla Schlaak | 13.50 | 82.00 | 1,107.00 |
| **Total** | 27.40 | | 5,381.50 |

## Expenses

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 09-10-2019 | Postage | | 0.55 |
| 10-31-2019 | Filing Fee | | 310.00 |
| 10-31-2019 | Copying | | 5.40 |
| 10-31-2019 | Postage | | 1.95 |
| 11-01-2019 | Postage | | 0.55 |
| 11-19-2019 | Postage | | 2.60 |
| 11-19-2019 | Copying | | 5.85 |
| 11-21-2019 | Postage | | 0.55 |
| 11-22-2019 | Postage | | 7.35 |
| 02-04-2020 | Postage | | 0.55 |
| 02-20-2020 | Postage | | 0.55 |
| 03-12-2020 | Copying | | 4.35 |
| 03-16-2020 | Postage | | 2.30 |
| 05-20-2020 | Postage | | 0.55 |
| 06-15-2020 | Postage | | 0.65 |
| 06-25-2020 | Copying | | 80.55 |
| 06-25-2020 | Postage | | 28.90 |
| | | **Total Expenses** | 453.20 |

## Expense Summary

| Expense | | Amount |
|---------|---|-------:|
| Copying | | 96.15 |
| Court fees | | 310.00 |
| Postage | | 47.05 |
| | **Total Expenses** | 453.20 |

| | | |
|---|---|-------:|
| **Total for this Invoice** | | 5,834.70 |
| Payment on 06-07-2018 | | (200.00) |
| Payment from Trust on 10-31-2019 | | (2,100.00) |
| **Current Account Balance** | | 3,534.70 |
| Trust Balance | | 0.00 |
| **Total Amount to Pay as of 07-10-2020** | | 3,534.70 |

Page    4    of    4

# EXHIBIT

# C



| Peter L. Fear | pfear@fearlaw.com |
| Gabriel J. Waddell | gwaddell@fearlaw.com |
| Peter A. Sauer | psauer@fearlaw.com |
| Katie Waddell | kwaddell@fearlaw.com |

Neufeldt/Joshua & Mandy
9569 South Peach Avenue
Fresno, CA 93725

## Time Entries

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| B501 - Pre-petition Consultation and Fact Gathering | | | | | |
| 06-07-2018 | GJW | Consultation with potential client regarding bankruptcy. | 0.60 | 295.00 | 177.00 |
| 06-07-2018 | GJW | Prepare legal services agreement. | 0.10 | 295.00 | 29.50 |
| | | | 0.70 | | 206.50 |
| B502 - Preparation of Voluntary Petition, Schedules & Form 22C | | | | | |
| 07-09-2018 | KJS | Telephone call with client regarding status of bankruptcy filing. (left voice message). | 0.10 | 70.00 | 7.00 |
| 08-13-2018 | KJS | Telephone call with client regarding case status. | 0.10 | 70.00 | 7.00 |
| 09-20-2018 | KJS | Attempt call with client regarding documents required for filing. | 0.10 | 70.00 | 7.00 |
| 10-29-2018 | KJS | Telephone call with client regarding case filing. | 0.10 | 70.00 | 7.00 |
| 12-11-2018 | KJS | Left voice message with client regarding bankruptcy filing status. | 0.10 | 70.00 | 7.00 |
| 01-15-2019 | KJS | Attempt call with client regarding documents required for filing. | 0.10 | 80.00 | 8.00 |
| 03-11-2019 | KJS | Telephone call with client regarding documents required for filing. | 0.10 | 80.00 | 8.00 |
| 06-13-2019 | KJS | Telephone call with client regarding case filing. | 0.10 | 80.00 | 8.00 |
| 07-16-2019 | KJS | Attempt call with client regarding documents required for filing. | 0.10 | 80.00 | 8.00 |
| 09-10-2019 | KJS | Send letter to client regarding status of bankruptcy filing. | 0.10 | 80.00 | 8.00 |
| 09-26-2019 | KJS | Meet with clients regarding documents required for filing. | 0.60 | 80.00 | 48.00 |
| 09-26-2019 | GJW | Conference with client concerning filing questions. | 0.20 | 310.00 | 62.00 |
| 09-27-2019 | KJS | Prepare bankruptcy schedules and statement of financial affairs for case filing. | 0.80 | 80.00 | 64.00 |
| 09-30-2019 | KJS | Prepare bankruptcy documents for filing. | 0.20 | 80.00 | 16.00 |
| 09-30-2019 | KJS | Draft letter to opposing attorney's regarding client's bankruptcy filing. | 0.30 | 80.00 | 24.00 |
| 09-30-2019 | KJS | Attempt call with client regarding documents required for filing. | 0.10 | 80.00 | 8.00 |
| 10-02-2019 | KJS | Telephone call with client regarding case issues. | 0.10 | 80.00 | 8.00 |
| 10-04-2019 | KJS | Telephone call and email (x2) with client regarding | 0.20 | 80.00 | 16.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| **B502 - Preparation of Voluntary Petition, Schedules & Form 22C** | | | | | |
| | | case issues. | | | |
| 10-04-2019 | KJS | Prepare bankruptcy documents for filing. | 0.30 | 80.00 | 24.00 |
| 10-17-2019 | KJS | Prepare bankruptcy documents for filing. | 0.10 | 80.00 | 8.00 |
| 10-17-2019 | KJS | Attempt call (x2) and email with client regarding documents required for filing. | 0.20 | 80.00 | 16.00 |
| 10-21-2019 | KJS | Telephone call and email with client regarding documents required for filing (left voice message too). | 0.20 | 80.00 | 16.00 |
| 10-29-2019 | KJS | Email with client regarding documents required for filing. | 0.10 | 80.00 | 8.00 |
| 10-30-2019 | KJS | Prepare bankruptcy Schedules for case filing. | 0.20 | 80.00 | 16.00 |
| 10-31-2019 | KJS | Prepare bankruptcy documents for filing. | 0.10 | 80.00 | 8.00 |
| 10-31-2019 | KJS | Meet with client regarding documents required for filing. | 0.30 | 80.00 | 24.00 |
| 10-31-2019 | KJS | File bankruptcy petition, schedules, and plan with the court. | 0.40 | 80.00 | 32.00 |
| 10-31-2019 | GJW | Conference with client concerning voluntary petition and other documents for filing. | 1.40 | 310.00 | 434.00 |
| | | | 6.80 | | 907.00 |
| **B503 - Independent Verification of Information** | | | | | |
| 09-27-2019 | KJS | Draft and analyze chart of client's income. | 0.60 | 80.00 | 48.00 |
| 09-27-2019 | KJS | Prepare schedules A/B by examining original documents. | 0.50 | 80.00 | 40.00 |
| 09-27-2019 | KJS | Prepare schedules E/F by examining original documents. | 0.70 | 80.00 | 56.00 |
| 09-27-2019 | KJS | Exercise due diligence by examining original documents. | 0.10 | 80.00 | 8.00 |
| 09-30-2019 | KJS | Exercise due diligence by examining original documents. | 0.20 | 80.00 | 16.00 |
| 10-04-2019 | KJS | Draft and analyze chart of client's income. | 0.30 | 80.00 | 24.00 |
| 10-17-2019 | KJS | Exercise due diligence by examining original documents. | 0.50 | 80.00 | 40.00 |
| 10-31-2019 | GJW | Prepare for signing by examining original documents. | 0.60 | 310.00 | 186.00 |
| | | | 3.50 | | 418.00 |
| **B510 - 341 Preparation and Attendance** | | | | | |
| 12-09-2019 | GJW | Prepare for meeting of creditors. | 0.40 | 310.00 | 124.00 |
| 12-10-2019 | GJW | Travel to/from court for meeting of creditors. | 0.80 | 310.00 | 248.00 |
| 12-10-2019 | GJW | Attend 341 meeting with client. | 1.00 | 310.00 | 310.00 |
| | | | 2.20 | | 682.00 |
| **B520 - Claim Administration and Claim** | | | | | |
| 06-15-2020 | KTW | Review notice of filed claims and analyze issues regarding claims and planfunding. | 0.50 | 220.00 | 110.00 |
| 06-15-2020 | GJW | Letter to client regarding Notice of Filed Claims. | 0.10 | 320.00 | 32.00 |
| 06-18-2020 | GJW | Telephone call with client regarding Notice of Filed Claims, plan modification issues. | 0.20 | 320.00 | 64.00 |
| 06-23-2020 | KTW | Prepare proof of claim for Department of Education. | 0.40 | 220.00 | 88.00 |
| 06-26-2020 | GJW | E-mail clients regarding proof of claim for student loan. | 0.10 | 320.00 | 32.00 |
| 06-29-2020 | GJW | Review e-mail and documents regarding proof of claim for student loan creditor; e-mail client regarding same. | 0.20 | 320.00 | 64.00 |
| | | | 1.50 | | 390.00 |
| **B530 - Original Plan, Hearings, Objections** | | | | | |
| 11-21-2019 | GJW | Conference with client concerning documents and | 1.00 | 310.00 | 310.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|

B530 - Original Plan, Hearings, Objections

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | declarations for trustee. | | | |
| 11-21-2019 | GJW | Analyze issues and instruct staff regarding documents and declarations for the trustee. | 0.20 | 310.00 | 62.00 |
| 02-03-2020 | GJW | Telephone call with client regarding plan issues; review documents and analyze issues regarding same. | 0.20 | 320.00 | 64.00 |
| 02-03-2020 | GJW | Review e-mail and documents regarding order confirming plan; prepare same; e-mail trustee's office regarding same. | 0.30 | 320.00 | 96.00 |
| 02-19-2020 | KJS | Review order confirming plan and analyze issues regarding plan requirements. | 0.10 | 100.00 | 10.00 |
| 02-19-2020 | GJW | Analyze issues regarding order confirming plan. | 0.20 | 320.00 | 64.00 |
| 02-19-2020 | GJW | E-mail trustee's office regarding order confirming plan (x2); review e-mail regarding same (x2). | 0.20 | 320.00 | 64.00 |
| 02-19-2020 | GJW | Review e-mail and documents and analyze issues regarding application to modify order confirming plan; prepare same; e-mail trustee's office regarding same. | 0.20 | 320.00 | 64.00 |
| | | | 2.40 | | 734.00 |

B531 - 1st Amended or Modified Plan, Motions, Objections

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 06-18-2020 | GJW | Prepare Zoom conference for plan modification; e-mail client regarding same. | 0.20 | 320.00 | 64.00 |
| 06-19-2020 | GJW | Review e-mail and documents regarding plan options; analyze issues regarding same; e-mail client regarding same. | 0.30 | 320.00 | 96.00 |
| 06-23-2020 | GJW | Prepare calculations for plan modification; prepare documents for same. | 1.00 | 320.00 | 320.00 |
| 06-23-2020 | GJW | Videoconference with clients regarding plan modification. | 0.70 | 320.00 | 224.00 |
| 06-23-2020 | GJW | E-mail client regarding documents for plan modification. | 0.20 | 320.00 | 64.00 |
| 06-24-2020 | GJW | Review e-mail and documents and e-mail client regarding modified plan. | 0.20 | 320.00 | 64.00 |
| 06-24-2020 | GJW | Prepare documents for plan confirmation. | 0.60 | 320.00 | 192.00 |
| | | | 3.20 | | 1,024.00 |

B560 - Motions

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-31-2019 | KJS | Draft motion to value 2014 Jeep with the court; conduct 7004 service for service. | 0.90 | 80.00 | 72.00 |
| 11-18-2019 | GJW | Review documents, analyze issues, and prepare motion to value vehicle. | 0.40 | 310.00 | 124.00 |
| 11-19-2019 | KJS | Finalize and telephone call with client regarding motion to value vehicle. | 0.50 | 80.00 | 40.00 |
| | | | 1.80 | | 236.00 |

B570 - Fee Applications

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 06-26-2020 | GJW | Prepare fee application; draft narrative regarding same; review documents and analyze issues regarding same. | 0.80 | 320.00 | 256.00 |
| 06-26-2020 | KJS | Draft initial fee application and supporting documents. | 1.00 | 100.00 | 100.00 |
| | | | 1.80 | | 356.00 |

B590 - Case Administration

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-31-2019 | KJS | Prepare 521 documents for the trustee's review. | 0.10 | 80.00 | 8.00 |
| 10-31-2019 | KJS | Draft, then send letter and fax to opposing counsel regarding client's bankruptcy filing. | 0.20 | 80.00 | 16.00 |
| 10-31-2019 | GJW | Letter to attorney Kennard regarding filing. | 0.10 | 310.00 | 31.00 |
| 10-31-2019 | GJW | Letter to attorney Berk regarding filing. | 0.10 | 310.00 | 31.00 |
| 11-05-2019 | KJS | Prepare 521 documents for the trustee's review. | 0.10 | 80.00 | 8.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| <u>B590 - Case Administration</u> | | | | | |
| 11-06-2019 | KJS | Prepare 521 documents for the trustee's review. | 0.60 | 80.00 | 48.00 |
| 11-13-2019 | KJS | Prepare 521 documents for the trustee's review. | 0.60 | 80.00 | 48.00 |
| 11-15-2019 | KJS | Attempt call and email with client regarding 521 documentation. | 0.40 | 80.00 | 32.00 |
| 11-15-2019 | GJW | Review documents and analyze issues regarding documents and declarations for the trustee. | 0.30 | 310.00 | 93.00 |
| 11-21-2019 | KJS | Upload 521 documents to the trustee; email trustee's staff regarding same. | 0.30 | 80.00 | 24.00 |
| 11-21-2019 | GJW | Letter to client regarding debt collection evidence recording. | 0.10 | 310.00 | 31.00 |
| 12-03-2019 | KJS | File debtor educational certificate with the court. | 0.10 | 80.00 | 8.00 |
| 03-16-2020 | KJS | File change of address for creditor with the court; analyze and resolve errors on the e-filing website regarding same. | 0.50 | 100.00 | 50.00 |
| | | | 3.50 | | 428.00 |
| | | | | **Total Fees** | 5,381.50 |

## Time Summary

| Task | Hours | Amount |
|------|-------|--------|
| B501 - Pre-petition Consultation and Fact Gathering | 0.70 | 206.50 |
| B502 - Preparation of Voluntary Petition, Schedules & Form 22C | 6.80 | 907.00 |
| B503 - Independent Verification of Information | 3.50 | 418.00 |
| B510 - 341 Preparation and Attendance | 2.20 | 682.00 |
| B520 - Claim Administration and Claim | 1.50 | 390.00 |
| B530 - Original Plan, Hearings, Objections | 2.40 | 734.00 |
| B531 - 1st Amended or Modified Plan, Motions, Objections | 3.20 | 1,024.00 |
| B560 - Motions | 1.80 | 236.00 |
| B570 - Fee Applications | 1.80 | 356.00 |
| B590 - Case Administration | 3.50 | 428.00 |
| **Total Fees** | | 5,381.50 |

| | | |
|---|---|---|
| **Total for this Invoice** | | 5,834.70 |

# EXHIBIT

# D



# Fear Waddell, PC

Peter L. Fear      | pfear@fearlaw.com
   Gabriel J. Waddell    | gwaddell@fearlaw.com
Peter A. Sauer      | psauer@fearlaw.com
   Katie Waddell       | kwaddell@fearlaw.com

## ATTORNEY-CLIENT FEE AGREEMENT
## BANKRUPTCY-CHAPTER 13

### 1. IDENTIFICATION OF PARTIES:

This agreement, executed in duplicate with each party receiving an executed original, is made between the Fear Waddell, P.C., 7650 N. Palm Avenue, Ste. 101, Fresno, California 93711, here and after referred to as "Attorney" and Joshua Neufeldt and Mandy Neufeldt, collectively and individually referred to here and after as "Client". The provisions of this agreement are intended to be consistent with the requirements of Business and Professions Code Sec. 6148.

### 2. SERVICES TO BE PROVIDED:

Client hereby retains the law attorney to provide services for a Chapter 13 debt rescheduling with the objective of obtaining confirmation of a Chapter 13 debt payment plan. Attorney is being retained to undertake all routine efforts to obtain confirmation, regardless of whether or not a plan is actually confirmed, an attorney makes no guarantee that a plan will be confirmed. Attorney shall be responsible for representing the debtor on all matters arising in the Chapter 13 case, including motions for relief in the automatic stay, motions to avoid liens, objections to claims, and adversary proceedings, unless otherwise agreed. Attorney will not be representing Client in any non-bankruptcy matter.

### 3. TERMINATION OF LEGAL REPRESENTATION:

Representation by attorney may be terminated due to client's inability to pay additional legal services, lack of feasibility of the plan, lack of client cooperation, failure of client to perform his or her duties, bad faith on the part of the client, or other good cause. Attorney may refuse to undertake services which, in the opinion of attorney, are not feasible, practical, necessary, ethical or well founded in fact or law, or which would unnecessarily add to the expense of the case. In some instances client may need to consult an outside professional, i.e., a CPA, Family Law Attorney, Tax Attorney, Probate Attorney depending on the matter that may arise from the Chapter 13 filing. This agreement is only effective to bind attorney as long as bankruptcy law remains unchanged and client returns the questionnaire with 14 days of the date attorney signs this agreement.

### 4. FEES:

**Pre-Petition Fee:** The fees for this Chapter 13 case are broken into two parts, the pre-petition minimum fee and the post-petition fees. The pre-petition fee is a minimum fee to cover services prior to the filing of the bankruptcy case, and is earned upon receipt and is non-refundable. The pre-petition minimum fee will be drawn down by the attorney prior to filing of the bankruptcy case. Attorney will keep track of billable hours spent on the case pre-petition at Attorney's hourly rates at the time services

*June 7, 2018*
*Page 2*

are provided. Should the amount of the time spent on the case pre-petition exceed the pre-petition minimum fee, Attorney will seek authorization for those fees to be paid through the Chapter 13 Plan as provided below. The amount of the pre-petition fee is $1,990. This amount, plus the court filing fee of $310, for a total of $2,300, must be paid in full before the case is filed. The post-petition fees will be handled as described below.

**Post-Petition Fees:** Attorney will keep track of billable hours spent on the case pre-petition and post-petition and will seek court approval for payment of those fees and any expenses incurred by Attorney in the representation of Client. All fees will be at Attorney's hourly rates at the time services are provided.Absent agreement to the contrary, upon court approval those fees will be paid out of the funds Client pays to the Chapter 13 Trustee or funds held in trust by Attorney for Client. If pre-petition fees have been incurred over the pre-petition minimum fee, Attorney will also seek authorization for those fees above the minimum fee to be paid as part of a post-petition fee application. In unusual circumstances, Attorney may agree to allow part of such fees and/or expenses to be paid after discharge.

5. **COSTS:**

Client and Attorney agree that Client shall be responsible for payment of all case filing and office-related "costs" as may be incurred in connection with Attorney's representation of Client under this agreement. Client is specifically advised that "costs" for this representation may include but are not limited to, court filing fees, deposition and transcript costs, certifications, recording fees, witness fees, subpoenas and other process server fees, expert fees and expenses, investigation and retrieval costs, long-distance telephone charges, postage and messenger service fees, electronic research service charges, photocopying expenses and fax charges.

6. **RIGHT TO RAISE OBJECTION TO FEES:**

The client has the right to object to any fees or expenses billed in the case. The client may raise any objection he or she has with the attorney. Furthermore, in the event attorney is required to make a court approval of fees, the client has the right to appear at the court hearing and voice any objections he or she may have regarding them. However, attorney would ask that any such objections be brought to the personal attention of Mr. Fear first, to give him the opportunity to discuss them with client before being transmitted to the Court or the U.S. Trustee's office.

7. **NON-REFUNDABLE FEES:**

Consultation fees, if any, are non-refundable. In the event client changes his or her mind before research or paper work or other services are started, the sum of $375 of the retainer shall be non-fundable for a consumer case, and $500 for a Business Case. If services are started and the client changes his/her mind before filing, an additional fee of $250 will be non-refundable in addition to the hourly fees for services. If paperwork has been started or finished and client requests a refund, attorney will prepare an itemized invoice of all services performed; there may or may not be a refund depending on the amount of work performed.

*June 7, 2018*
*Page 3*

8.  **SECURITY FOR BALANCE OF COMPENSATION AND EXPENSES:**

    a)  Payment of Fees if Case is Dismissed:
        If Clients' petition is dismissed or is converted to a petition under Chapter 7 prior to confirmation, Clients agree that any funds paid to the trustee shall be distributed directly to Fear Waddell, P.C., pursuant to 11 U.S.C. §1326(a)(2).

    b)  Permission to cash trustee checks for unpaid fees:
        Some cases are dismissed before the balance of attorney's fees, if any, have been paid through the plan. In such event the trustee will usually mail, care of our office, a refund check made payable to client. If this case is dismissed before confirmation, client grants attorney permission to endorse and deposit such checks into attorneys trust account and to withdraw from such fees the balance owed on attorneys fee and cost for this case. Any balance shall be remitted to client.

    c)  Lien against funds on deposit:
        Client hereby gives the attorney a security interest and lien in any funds on deposit with attorney, or being held by a bankruptcy trustee, on account of legal fees and expenses, pursuant California Commercial Code Sec. 9305.

9.  **ADDITIONAL FEES:**

Attorney may charge additional fees for special, unusual, unforeseen, complex, non-routine or time-consuming tasks. Examples of such tasks include (but are not limited to) the following:

    a)  CHANGES: Additions, deletions, changes or any amendments to papers before or after the petition or plan is filed;

    b)  COURT APPEARANCES: Additional court appearances or meetings of creditors made necessary by client's request, client's failure to appear at scheduled court appearances, client's failure to perform duties or provide requested documents or information prior to the hearing, or unforeseen problems of any nature causing a hearing to be continued to anther date.

    c)  DISPUTED MATTERS: Any aspect of the case that is contested in court or is in response to an investigation, motions, objection, adversary matters or conduct by creditors (e.g. RELIEF FROM STAY HEARINGS, MOTIONS TO DISMISS THE CASE, RULE 2004 EXAMINATIONS, OBJECTIONS TO CLAIMS, OBJECTION T CONFIRMATION, DEALING WITH CREDITORS WHO VIOLATE THE AUTOMATIC STAY, ETC.)or matters that require Attorney to litigate or negotiate with creditors, the trustee or others, or file motions, objections or complaints, or respond to motions, objections or complaints in order to settle the disputes, or requiring assistance at rest of client to resolve problems not part of the ordinary bankruptcy processing routine.

    d)  DIVORCE: If after the attorney is retained by client, clients experience marital problems which lead to divorce, a marital separation or otherwise cause attorney to expend additional time counseling the clients individually, there will be an additional charge on the initial retainer fee. If the marital problems cause an actual conflict of interest the firm shall be released as attorney for both clients.

    e)  UNCOOPERATIVE CREDITORS: Client must be aware that a creditor, including a mortgage holder, judgment creditor, the IRS or others may violate the automatic stay and attempt to collect a pre-petition debt from you. The firm cannot guarantee that creditors will obey the

bankruptcy laws. Efforts required to bring uncooperative creditors into compliance may incur additional fees. Please remember that you should not use any credit cards and should not make any payments on credit card accounts after retaining this office.

f) **TIME CONSUMING TASKS:** All time is billable. The estimated fee quoted in this fee agreement is based on the average amount of time required to process a routine case. However, any task, whether routine or non routine, requiring an unusual amount of time to complete will incur billable time which may exceed the estimated fee.

**10. FEE RATES:**

All billable time will be subject to court approval, and shall be billed at the rate of $360 per hour for attorney time. This rate may be adjusted periodically, usually at the beginning of every year. Any emergency filing, or filing that is prepared on a weekend, evening or holiday will incur additional fees. For such services will be an additional $25 over the regular hourly rate. For purpose of this paragraph (evening) shall be any work after 5:30 p.m.

**11. COURT APPROVAL:**

Bankruptcy court approval shall be required before additional fees will be paid by Client.

**12. DISCLAIMER OF GUARANTEE:**

Although attorney may offer an opinion of possible results regarding the subject matter of this agreement, attorney cannot guarantee any particular result. Client acknowledges that attorney has made no promises about the outcome and that any opinion offered by attorney in the future will not constitute a guarantee. Where the filing is an emergency filing and taxes are owed but the amounts of discharge ability are uncertain, client agrees to waive all responsibility to the firm for any tax amount discrepancies or failure to discharge that may arise after filing. This applies to all emergency cases.

**13. PRE-FILING CREDIT COUNSELING AND POST-FILING DEBTOR EDUCATION:**

Please remember that you will need to complete a credit counseling course before your bankruptcy case can be filed. Our clients have had good results using the credit counseling offered by Credit.org (www.bkhelp.org, 888-425-3453) or Cricket Debt Counseling (www.cricketdebt.com, 866-719-0400). We will need to file a certificate with the court demonstrating that you have complied with this requirement. After filing your bankruptcy petition, you will need to complete a financial education course. You can use the same companies mentioned above. A certificate proving that you have completed the financial education course must be filed no later than 45 days after the meeting of creditors (usually held about 35 days after your petition is filed). Consequently, you should complete the financial education course as soon as possible and provide me with the certificate no later than 30 days after your petition is filed or at least before your meeting of creditors.

*June 7, 2018*
*Page 5*

**14. NOTICE REGARDING FUNDS IN BANK OR CREDIT UNION ACCOUNTS:**

You will not want to have any more than a nominal amount of money on deposit with financial institutions to whom you owe money at the time of bankruptcy, so that they do not freeze your accounts upon learning that you have filed bankruptcy. If you have an account at a credit union, please let me know as you may need to close that account before filing bankruptcy.

**15. RECEIPT OF NOTICES:**

By signing below, you are acknowledging receipt from Attorney at the time this contract was provided of the following notices:

    1.    BAPCPA REQUIRED NOTICE NO. 1 (§ 342(b)(1) and 527(a)(1) of the Bankruptcy Code)
    2.    BAPCPA REQUIRED NOTICE NO. 2 (§ 527(a)(2) of the Bankruptcy Code)
    3.    BAPCPA REQUIRED NOTICE NO. 3 (§ 342(b)(2) of the Bankruptcy Code)
    4.    BAPCPA REQUIRED NOTICE NO. 4 (§ 527(b) of the Bankruptcy Code)

**16. SEVERABILITY IN EVENT OF PARTIAL INVALIDITY:**

If any provision of this agreement is held in whole or in part to be unenforceable for any reason the remainder of that provision and of the entire agreement will be severable and remain in effect.

Date: 9/25/19

Joshua Neufeldt

Date: 9/25/19

Mandy Neufeldt

FEAR WADDELL, P.C.

Date: 6/7/18

By: _____
Gabriel J. Waddell

# EXHIBIT

# E

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>JOSHUA ALLEN NEUFELDT and<br>MANDY ANNE NEUFELDT,<br><br><br><br>                       Debtor(s). | Case No.: 19-14555-A-13<br><br>DCN: FW-3<br><br>Chapter 13<br><br>EXHIBIT E: CLIENT APPROVAL OF INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331<br><br>DATE:    August 12, 2020<br>TIME:    3:00 p.m.<br>PLACE:  U.S. Courthouse, 5th Floor<br>            2500 Tulare Street<br>            Fresno, California 93721<br>JUDGE:  Honorable Fredrick E. Clement |

I, JOSHUA ALLEN NEUFELDT, am a debtor in the above-entitled matter. I have read the fee application of FEAR WADDELL, P.C. and approve the same.

I, MANDY ANNE NEUFELDT, am a debtor in the above-entitled matter. I have read the fee application of FEAR WADDELL, P.C. and approve the same.


_____
JOSHUA ALLEN NEUFELDT, Debtor

_____
MANDY ANNE NEUFELDT, Debtor

7/10/2020
_____
Date

7/10/2020
_____
Date