UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

IN RE:  JOSHUA ALLEN NEUFELDT
　　　　MANDY ANNE NEUFELDT

CASE NO: 19-14555-A-13

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. FW-3
Judge: Honorable Jennifer E. Niemann
Hearing Location: Dept. A, Courtroom 11, 5th Floor, United States Courthouse, 2500 Tulare St., Fresno, California 93721
Hearing Date: August 12, 2020
Hearing Time: 3:00 p.m.

On 7/14/2020, a copy of the following documents, described below,

INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331 ECF Docket Reference No. FW-3

NOTICE OF INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331

EXHIBITS FOR INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/14/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gabriel J. Waddell
Fear Waddell, P.C.
7650 N. Palm Avenue, Suite 101
Fresno, CA  93711

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
OFFICE OF THE UNITED STATES TRUSTEE      MICHAEL H. MEYER              JOSHUA NEUFELDT
UNITED STATES COURTHOUSE                 CHAPTER 13 TRUSTEE            MANDY NEUFELDT
2500 TULARE STREET STE 1401              PO BOX 28950                  9569 SOUTH PEACH AVENUE
FRESNO CALIFORNIA  93721-1326            FRESNO CA 93729-8950          FRESNO CALIFORNIA 93725


SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541
```