FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA FRESNO

| In re:<br><br>JOSHUA ALLEN NEUFELDT and<br>MANDY ANNE NEUFELDT,<br><br>　　　　　　Debtor(s). | Case No.: 19-14555-A-13<br><br>DCN: FW-3<br><br>Chapter 13<br><br>ORDER ON INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §331<br><br>**DATE:** August 12, 2020<br>**TIME:** 3:00 p.m.<br>**PLACE:** U.S. Courthouse, 5th Floor<br>　　　　2500 Tulare Street<br>　　　　Fresno, California 93721<br>**JUDGE:** Honorable Fredrick E. Clement |
|---|---|

| 1. Name of Applicant (specify): | Fear Waddell, P.C. |
|---|---|
| 2. The proceeding was heard at the date, time and place set forth above and was: | Uncontested |
| 3. Time Period of Application: | June 7, 2018 to June 30, 2020 |
| 4. Appearances were made as follows: | __X__ No Appearances<br><br>____ Applicant present in court<br><br>____ Attorney for Applicant present in court<br><br>____ Other persons as reflected in the court record: |

RECEIVED
August 19, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006831253

1

**THE COURT ORDERS, GOOD CAUSE APPEARING:**

| | |
|---|---|
| 5. The Application for Interim Fees and Expenses is Granted. ||
| a. Fees are Approved in the Amount of: | $3,081.50 |
| b. Expenses are Approved in the Amount of: | $453.20 |
| c. The Total Amount Approved is: | $3,534.70 |
| 6. The allowed fees and expenses shall be paid by: | The Chapter 13 Trustee |

Dated: August 20 2020

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge